Federal Defenders
OF NEW YORK, INC.

Eastern District
100 Federal Plaza, Room 770
Central Islip, NY 11722
Tel: (631) 712-6500 Fax: (612) 712-6505

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

November 13, 2026

**Via CM/ECF and Email**
Honorable Nusrat Jahan Choudhury
United States District Court
1040 Federal Plaza
Central Islip, New York, 11722

Re: ***United States v. Nicholas Liverani*, 24-CR-441 (NJC)**

Dear Judge Choudhury:

This case is scheduled for a status conference on November 18, 2026. Pursuant to Rule 6.2.3 of this Court's Individual Rules, I write to advise the Court we anticipate asking for a 45-day exclusion of speedy trial time.

The government has provided discovery to the defense pursuant to Rule 16 and the defense is continuing to review that discovery. The defense is also finalizing a mitigation packet to assist in plea negotiations. Although the defense's expert has completed its evaluation and provided a final report, our Federal Defender's Client and Mitigation Specialist, Maryssa Deliteris, is drafting the final section of the packet. Once completed, the defense will provide the packet to the government for review. We are hopeful that the mitigation evidence will facilitate a resolution between the parties in the coming months. The defense anticipates providing the completed packet to the government before the next status conference.

Mr. Liverani is aware that we are seeking an exclusion of time under the Sixth Amendment, Speedy Trial Act, and other applicable rules. We spoke to him regarding this waiver this past week, and he will confirm the waiver in court on November 18, 2026.

Respectfully submitted,

Felipe Garcia
Assistant Federal Defender
Federal Defenders of New York, Inc.
770 Federal Plaza | Central Islip, NY 11722
Phone: (631) 712-6500 Fax: (631) 712-6505
Email: felipe_garcia@fd.org

CC: Paul Scotti, AUSA (by ECF and email)