**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PGS
F. #2024R00704

*610 Federal Plaza*
*Central Islip, New York 11722*

November 20, 2026

By Email and ECF

The Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
1040 Federal Plaza
Central Islip, New York 11722

Re: United States v. Nicholas Liverani
Criminal Docket No. 24-441 (NJC)

Dear Judge Choudhury:

The government respectfully submits this letter to update the Court as to the medical issues raised at the November 18, 2026 status conference. Following the conference, the government contacted the legal department ("BOP Legal") at the Metropolitan Detention Center – Brooklyn ("MDC") regarding the defendant's treatment concerns. BOP Legal responded right away, was aware of the issue, having corresponded with defense counsel and advised that they would follow up with the appropriate providers.

BOP Legal has since notified the government that on November 19, 2026, Mr. Liverani was seen by a dentist who diagnosed and filled a cavity during the same visit. BOP Legal also provided the government with the records for that dental treatment. Additionally, BOP Legal advised that they are following up regarding the second medical issue raised during the conference for further medical evaluation and continue to seek the related medical records regarding the same, which defense counsel is diligently working to obtain.

The government has notified counsel for the defendant, Felipe Garcia, Esq., of the developments outlined herein and provided the corresponding medical records.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Paul G. Scotti
Assistant U.S. Attorney
(631) 715-7836

cc: Felipe Garcia, Esq. (by email and ECF)
Clerk of Court (NJC) (by ECF)